**Charles Andrews, trading as Andrews Realty Company, appellant, v. George H. Heppe, appellee. Gen. No. 29,502.**

Suit by real estate broker to recover commissions upon the sale of real estate. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and judgment here for $5,400 with finding of facts. Opinion filed March 3, 1925.

McInerney & Power, for appellant.   McMahon & Cheney, for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.